# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

In re: BRANDON YOUNG                                              Case No.: 14-81346

Debtor(s)                                                         Judge: Thomas L. Perkins

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marsha L. Combs-Skinner, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/30/2014.
2) The plan was confirmed on 12/08/2014.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 08/08/2018.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was dismissed on 06/22/2018.
6) Number of months from filing or conversion to last payment: 48.
7) Number of months case was pending: 51.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 133,122.70.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $56,840.74 | |
| Less amount refunded to debtor: | $16,196.17 | |
| **NET RECEIPTS:** | | $40,644.57 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $4,331.53 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $4,331.53 |

Attorney fees paid and disclosed by debtor:         $.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE N.A. | Unsecured | 2,004.00 | 2,220.60 | 2,220.60 | 343.90 | .00 |
| CAPITAL ONE N.A. | Unsecured | 1,478.00 | 1,500.11 | 1,500.11 | 232.32 | .00 |
| CHASE CARD SERVICES | Unsecured | 4,462.00 | NA | NA | .00 | .00 |
| CHASE CARD SERVICES | Unsecured | 3,105.00 | NA | NA | .00 | .00 |
| CHASE CARD SERVICES | Unsecured | 393.00 | NA | NA | .00 | .00 |
| CREDIT ONE BANK | Unsecured | 624.00 | NA | NA | .00 | .00 |
| DEERE EMPLOYEES CREDIT UNION | Secured | 25,114.00 | 24,618.35 | 24,618.35 | .00 | .00 |
| DEERE EMPLOYEES CREDIT UNION | Secured | 23,752.00 | 23,297.83 | 21,500.00 | .00 | .00 |
| DEERE EMPLOYEES CREDIT UNION | Secured | NA | 24,602.60 | 24,602.60 | .00 | .00 |
| DEERE EMPLOYEES CREDIT UNION | Secured | NA | 21,500.00 | 21,500.00 | 21,500.00 | 1,494.48 |
| DEERE EMPLOYEES CREDIT UNION | Unsecured | 1,500.00 | 1,356.11 | 1,356.11 | 195.91 | .00 |
| DEERE EMPLOYEES CREDIT UNION | Unsecured | 7,988.00 | 7,940.38 | 7,940.38 | 1,226.28 | .00 |

# UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS  
ROCK ISLAND DIVISION

In re: BRANDON YOUNG  
Debtor(s)

Case No.: 14-81346  
Judge: Thomas L. Perkins

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DEERE EMPLOYEES CREDIT UNION | Unsecured | 1,797.83 | 1,797.83 | 1,797.83 | .00 | .00 |
| DEERE EMPLOYEES CREDIT UNION | Unsecured | NA | 1,797.83 | 1,797.83 | 278.43 | .00 |
| DISCOVER BANK | Unsecured | 6,840.00 | 6,920.74 | 6,920.74 | 1,068.81 | .00 |
| ECAST SETTLEMENT CORP. | Unsecured | 2,532.00 | 2,567.98 | 2,567.98 | 397.70 | .00 |
| ECAST SETTLEMENT CORP. | Unsecured | 5,893.00 | 5,948.94 | 5,948.94 | 921.31 | .00 |
| ECMC | Unsecured | 5,000.00 | 5,064.19 | 5,064.19 | 784.29 | .00 |
| FIFTH THIRD BANK | Unsecured | 4,993.00 | NA | NA | .00 | .00 |
| LVNV FUNDING, LLC | Unsecured | 627.00 | 735.82 | 735.82 | 106.29 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, I | Unsecured | 1,101.00 | 1,126.76 | 1,126.76 | 162.78 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, I | Unsecured | 472.00 | 549.84 | 549.84 | 79.59 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, I | Unsecured | 2,662.00 | 2,851.68 | 2,851.68 | 441.63 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, I | Unsecured | 1,355.00 | 1,367.44 | 1,367.44 | 197.54 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, I | Unsecured | 2,130.00 | 2,233.06 | 2,233.06 | 345.83 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 355.00 | 441.19 | 441.19 | 63.75 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 193.00 | 272.30 | 272.30 | 42.17 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 420.00 | 509.28 | 509.28 | 73.57 | .00 |
| ST AMBROSE UNIVERSITY | Unsecured | 4,200.00 | NA | NA | .00 | .00 |
| VON MAUR | Unsecured | 204.00 | 203.60 | 203.60 | 20.04 | .00 |
| WELLS FARGO BANK NA | Secured | 191,631.00 | 188,778.00 | 188,778.00 | .00 | .00 |
| WELLS FARGO BANK NA | Secured | 7,000.00 | 7,260.38 | 7,260.38 | 5,635.30 | .00 |
| WELLS FARGO BANK NA | Secured | NA | NA | NA | .00 | .00 |
| WELLS FARGO BANK NA | Secured | NA | 25.00 | 25.00 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

In re: BRANDON YOUNG  
Debtor(s)

Case No.: 14-81346  
Judge: Thomas L. Perkins

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO FINANCIAL NATIONAL B | Secured | 601.00 | 701.12 | 701.12 | 701.12 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 188,778.00 | .00 | .00 |
| Mortgage Arrearage: | 7,285.38 | 5,635.30 | .00 |
| Debt Secured by Vehicle: | 46,102.60 | 21,500.00 | 1,494.48 |
| All Other Secured: | 46,819.47 | 701.12 | .00 |
| **TOTAL SECURED:** | 288,985.45 | 27,836.42 | 1,494.48 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 47,405.68 | 6,982.14 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $4,331.53 |
| Disbursements to Creditors: | $36,313.04 |
| **TOTAL DISBURSEMENTS:** | $40,644.57 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 10/29/2018     By: /s/Marsha L. Combs-Skinner  
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.